FILED
2006 Apr-11  AM 08:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL MALONE,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**PERSONNEL BOARD OF** )<br>**JEFFERSON COUNTY,** )<br>**ALABAMA,** )<br>)<br>**Defendant.** ) | **Civil Action No. MC-05-HGD-482-S** |

_____

| | |
|---|---|
| **CHERYL MALONE,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**PERSONNEL BOARD OF** )<br>**JEFFERSON COUNTY** )<br>**ALABAMA,** )<br>)<br>**Defendant.** ) | **Civil Action No. MC-05-HGD-613-S** |

_____

| | |
|---|---|
| **CHERYL MALONE,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**PERSONNEL BOARD OF** )<br>**JEFFERSON COUNTY** )<br>**COUNTY, ALABAMA,** *et al.*, )<br>)<br>**Defendants.** ) | **Civil Action No.  MC-05-HGD-762-S** |

**ORDER**

On March 13, 2006, the magistrate judge entered a report and recommendation, recommending that the claims asserted by plaintiff, Cheryl Malone, in Civil Action No. MC-05-HGD-482-S ("*Malone I*"), and in Civil Action No. MC-05-HGD-613-S ("*Malone II*"), are not subject to the grievance procedures of the Personnel Board of Jefferson County, Alabama (the "Personnel Board"). The parties were allowed fifteen (15) days in which to file objections to the recommendations of the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report, and ACCEPTS the recommendations, of the magistrate judge. It is, therefore, ORDERED, ADJUDGED and DECREED that plaintiff's grievances, filed in *Malone I* and *Malone II*, are DENIED as not subject to the grievance procedures set out in the Personnel Board's Rules and Regulations. All of the claims asserted in *Malone I* and *Malone II*, therefore, are DISMISSED with prejudice. The claims asserted by plaintiff in Civil Action No. MC-05-HGD-762-S ("*Malone III*") are referred back to the magistrate judge for further proceedings.

DONE this 10th day of April, 2006.

_____
United States District Judge